IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JONAH ROSBERG,<br>　　　　Plaintiff(s),<br>　vs.<br>SAN FRANCISCO SHERIFF'S DEP'T, et al.,<br>　　　　Defendant(s). | No. C 10-2370 CRB (PR)<br><br>ORDER OF DISMISSAL |

  Plaintiff, a prisoner at the San Francisco County Jail, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging that he is being attacked on a daily basis by "the voice of God" or "similar technology" or "weapon." Plaintiff raised the same allegations in a prior prisoner complaint, which was dismissed on April 27, 2010. See Rosberg v. San Francisco Sheriff's Dep't, No. C 10-1676 CRB (PR) (N.D. Cal. Apr. 27, 2010) (order of dismissal).

  A prisoner complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915). Because plaintiff raised and litigated the same allegations and

claims raised herein in case number C 10-1676 CRB (PR), the instant complaint is deemed duplicative and abusive under § 1915A.

The complaint is DISMISSED as duplicative under the authority of 28 U.S.C. § 1915A(b).

The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:   June 2, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Rosberg, A2.dismiss.wpd

2